Roy Herrera (032907)
Daniel A. Arellano (032304)
Jillian L. Andrews (034611)
**HERRERA ARELLANO LLP**
530 East McDowell Road, Suite 107-150
Phoenix, AZ  85004-1500
Email: roy@ha-firm.com
Email: daniel@ha-firm.com
Email: jillian@ha-firm.com
Telephone:    602.567.4820

Marcel S. Pratt*
Michael R. McDonald*
Alexa L. Levy*
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Email: PrattM@ballardspahr.com
Email: McDonaldM@ballardspahr.com
Email : LevyA@ballardspahr.com
Telephone :  215.665.8500
Fax :   215.864.8999
*Admitted Pro Hac Vice

*Attorneys for Movant Chicanos Por
La Causa, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Alicia Marshall, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>Prestamos CDFI LLC,<br><br>        Defendant. | Case No.  2:22-mc-00007-DJH<br><br>**CHICANOS POR LA CAUSA, INC.'S NOTICE OF CONSENT TO TRANSFER** |

Pursuant to the Court's May 5, 2022 Order (Doc. 12) and Rule 45(f) of the Federal Rules of Civil Procedure, non-party Chicanos Por La Causa, Inc. ("CPLC") hereby gives notice that it consents to transfer resolution of the pending Rule 45 motions (Docs. 1, 7) to the Eastern District of Pennsylvania.

CPLC respectfully maintains, however, that the enforcement of any order as to CPLC resulting from resolution of the Rule 45 motions would be appropriate for this Court, where compliance is required and where CPLC is located and subject to personal jurisdiction. *See* Fed. R. Civ. P. 45(f) ("To enforce its order, the issuing court may transfer the order to the court where the motion was made.").

Respectfully submitted this 6th day of May, 2022.

**HERRERA ARELLANO LLP**

By:  */s/ Daniel A. Arellano*
        Roy Herrera (032907)
        Daniel A. Arellano (032304)
        Jillian Andrews (034611)
        530 East McDowell Road
        Suite 107-150
        Phoenix, AZ 85004
        T: 602-567-4820
        Roy@ha-firm.com
        Daniel@ha-firm.com
        Jillian@ha-firm.com

**BALLARD SPAHR LLP**

        Marcel S. Pratt*
        Michael R. McDonald*
        Alexa L. Levy*
        1735 Market Street, 51st Floor
        Philadelphia, PA 19103
        T: 215.665.8500
        PrattM@ballardspahr.com
        McDonaldM@ballardspahr.com
        LevyA@ballardspahr.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Admitted Pro Hac Vice*

*Attorneys for Movant
Chicanos Por La Causa, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a notice of electronic filing to all CM/ECF registrants.

*/s/ Daniel A. Arellano*